PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00514-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND RECALL BENCH |
| | ) | WARRANT |
| v. | ) | |
| | ) | |
| DENIS H. KILKENNY, | ) | DATE:  December 16, 2021 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00514-CKD is GRANTED.

It is further ordered that the bench warrant issued December 16, 2021, is recalled.

IT IS SO ORDERED.

Dated: May 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & RECALL WARRANT          1          U.S. v. DENIS H. KILKENNY